UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/10

------------------------------------------------------------- X

ALAN V. GOLDMAN,

                Plaintiff,

-against-

JOHN DOE #1 - 10,

                Defendants.

------------------------------------------------------------- X

Civil Action No. 10-CIV-7869 (TPG)

ECF CASE

**ORDER ALLOWING EXPEDITED THIRD-PARTY DISCOVERY**

Upon the *ex parte* application of Plaintiff for expedited third-party discovery and the accompanying Declaration of Alan V. Goldman, dated November 1, 2010, and the exhibit thereto, the Declaration of Meichelle R. MacGregor, Esq., dated November 1, 2010, and Plaintiff's Memorandum of Law, it is hereby:

ORDERED that Plaintiff may serve immediate discovery through Rule 45 subpoenas on:

(a)    eHarmony, Inc. ("eHarmony"), seeking information sufficient to identify the Defendants and the extent of the alleged fraud, including the name, address, telephone number, e-mail address, Internet Protocol ("IP") address and Media Access Control ("MAC") address for each Defendant, as well as any subscriber logs or other records showing the dates and times of Defendants' access to the eHarmony website and the dates and times of any communications between the Defendants and eHarmony and/or the Defendants and other eHarmony subscribers; and

(b)    the Internet Service Providers associated with the IP addresses produced by eHarmony, seeking information sufficient to identify the Defendants, including the name, address, telephone number, e-mail address, and Media Access Control address for each Defendant, as well as any subscriber logs or other records relating to the Defendants' transactions and/or communications with eHarmony.

28945/000/1200494.1

IT IS FURTHER ORDERED THAT any subpoena issued pursuant to this order shall be deemed an appropriate court order pursuant to 47 U.S.C. § 551.

Dated: New York, New York
      Nov. 4, 2010

_____
United States District Judge

28945/000/1200494.1