USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ALAN V. GOLDMAN,                                    : ECF Case

                              Plaintiff,            : No. 10-CV-7869 (TPG)

          -against-                                 : **NOTICE OF DISMISSAL
                                                    WITHOUT PREJUDICE**
JOHN DOE 1-10,                                      :

                              Defendants.           ::

------------------------------------------------------------ X

Plaintiff Alan V. Goldman, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil

Procedure, hereby dismisses all causes of action in the complaint against defendants John Doe 1-

10 without prejudice.

Plaintiff is dismissing this action because, despite diligent efforts, it has been unable to

ascertain the identities of the Doe defendants.

Defendants have filed neither an answer or nor a motion for summary judgment in this

action. As such, dismissal under Rule 41(a)(1)(A) is appropriate.

Dated: New York, New York
          December 5, 2011                COWAN, LIEBOWITZ & LATMAN, P.C.

                                          By: _____
                                              Meichelle R. MacGregor (mrm@cll.com)

                                          1133 Avenue of the Americas
                                          New York, New York 10036
                                          212-790-9200

                                          *Attorney for Plaintiff*

SO ORDERED

_____
Thomas P. Griesa
U.S.D.J.
12/6/11

21307/016/1276788.1